

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00110-CR

Juan **CERDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9972-W1
Honorable Kevin M. O'Connell, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: March 25, 2020

DISMISSED FOR LACK OF JURISDICTION

In the trial court, appellant filed a pro se application for post-conviction writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure, attacking his felony conviction in 2016-CR-9972-W1 for which he was sentenced to seven years' imprisonment. When his application was denied by the trial court, he filed a notice of appeal seeking review by this court. The courts of appeals, however, have no jurisdiction over felony post-conviction writs of habeas corpus. *See Ex parte Beard*, 494 S.W.3d 315, 315-16 (Tex. App.—Waco 2015, no pet.).

Post-conviction writs of habeas corpus must be filed in the court of conviction, but made returnable to the Texas Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3.

We therefore ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. In his response, appellant concedes this court lacks jurisdiction over this appeal. We dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish